```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 23774
    SAUNDRA OCONNOR
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


            Debtor
    SSN XXX-XX-0103

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/23/2004 and was confirmed 09/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  29.33%.

     The case was paid in full 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED           11947.08         1260.51      11947.08
MATRIX FINANCIAL SERV CO  CURRENT MORTG         .00              .00           .00
ECAST SETTLEMENT CORP     UNSECURED          8478.69             .00       2486.63
RESURGENT ACQUISITION LL  UNSECURED          3598.15             .00       1055.27
RESURGENT ACQUISITION LL  UNSECURED          6515.54             .00       1910.88
RESURGENT ACQUISITION LL  UNSECURED          8246.17             .00       2418.44
CITI FINANCIAL~           UNSECURED         NOT FILED            .00           .00
EDUCAP INC                SPECIAL CLASS      530.66            81.39        530.66
HOUSEHOLD BANK            UNSECURED          7687.26             .00       2254.52
ECAST SETTLEMENT CORP     UNSECURED OTH     1260.63             .00        369.57
RESURGENT ACQUISITION LL  UNSECURED          3987.28             .00       1169.39
EDUCAP INC                SPECIAL CLASS     2965.47           439.63       2965.47
EDUCAP INC                SPECIAL CLASS     2732.10           405.15       2732.10
EDUCAP INC                SPECIAL CLASS     3446.81           511.05       3446.81
WAL MART STORES INC       UNSECURED        NOT FILED             .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         2,315.46
DEBTOR REFUND             REFUND                                            500.51

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              41,500.52

PRIORITY                                          .00
SECURED                                     11,947.08
    INTEREST                                 1,260.51
UNSECURED                                   21,339.74
    INTEREST                                 1,437.22
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         2,315.46

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 23774 SAUNDRA OCONNOR
```

```
DEBTOR REFUND                                                      500.51
                                          ---------------    ---------------
TOTALS                                         41,500.52          41,500.52
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 10/29/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE